AO 93B  (Rev. 11/13) Anticipatory Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>11733 West River Road,<br>El Mirage, Arizona 85335 | )<br>)<br>)  Case No.  21-178 MB<br>)<br>)<br>) |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
Delivery of U.S.P.S. parcel with tracking number 9505 5138 1161 1183 5483 55 to any adult resident at the residence located at 11733 West River Road, El Mirage, Arizona 85335; and the parcel being brought inside the residence

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   July 22, 2021   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .

*(United States Magistrate Judge)*

*N/A*  ☐ Pursuant to 18 U.S.C. § 3103a(b),  I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  July 8, 2021 @ 11:30 AM    *Michelle Burns*

*Judge's signature*

City and state:  Phoenix AZ    Michelle H. Burns , US Magistrate Judge.

*Printed name and title*

AO 93B  (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is **11733 West River Road, El Mirage, Arizona 85335**,

further described as a single family one-story residential house with a detached garage. The

residence appears to have formally been a business or church as there is a small parking lot

in front of the residence and has been converted to a residential house. The residence is at

the southeast corner of West River Road and North Tonya Street. The front of the residence

faces north with a concrete driveway on the east side of the property where a mailbox is

located at the street. This driveway leads to a large, detached garage with a white garage

door that is located at the southeast corner of the property. On the west side of the property

sits a single-wide rust colored trailer. The property is encompassed by a block fence on the

east, south and west side of the property. This block fence extends from the west wall to the

residence where there is a chain linked gate. The entire residence consists of a green painted

brick exterior construction, with grey trim, and grey asphalt shingled roof. The residential

street number "11733" is affixed above the double front door in black numbers. The main

entry door to the residence is located in the front of the house, at the center of the home.

There is a concrete walkway leading from the driveway to the front door, as well as to the

front of the residence. The window immediately to the west of the front door has been filled

in with bricks. Next to that window is another window with security bars. The two

windows on the front of the house to the east of the front door have security bars. A

pedestrian door on the northeast corner of the residence has been filled with bricks.

1



**ATTACHMENT B**

*Property to be seized*

1.       A U.S. Postal Service Priority Mail parcel, bearing tracking number 9505 5138 1161 1183 5483 55 containing approximately 3.182 kilograms of methamphetamine, with a delivery address name of Luis Flores at 11733 West River Rd, El Mirage, Arizona 85335, with a return address of Miguel Flores of 1220 Rockwood Avenue, Calexico, California 92231

2.       Any illegal controlled substances;

3.       Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances;

4.       Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

5.       Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

6.       United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

7.       Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

8.       Currency counters;

9.       Indicia of occupancy, residency, rental, ownership, or use of the **SUBJECT**

1

**PREMISES** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

10.     Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, or controlled substances;

11.     Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers;

12.     Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition.